UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO RUSSELL GARCIA,<br>　　　　Plaintiff,<br>v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　　　Defendant. | No. 8:22-cv-01704-JAK-PD<br><br>**JUDGMENT OF REMAND**<br><br>**JS-6** |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Dkt. 19, the "Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

**IT IS SO ORDERED.**

DATED: March 14, 2023

_____
John A. Kronstadt
United States District Judge

-1-